## AYDELOTT v. STATE.
### No. 19582.

Court of Criminal Appeals of Texas.
March 30, 1938.

Ditzler H. Jones, of Uvalde, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for 12 years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception. Nothing has been presented for review justifying a reversal of the conviction.

The judgment is affirmed.